**Motions Disposed and Order filed September 24, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-19-00410-CV**
**NO. 14-19-00669-CV**

_____

**ALI CHOUDHRI, Appellant**

**V.**

**OSMA ABDULLATIF, ET AL, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-44151**

---

## ORDER

Appellant Ali Choudhri filed an opposed motion in appeal number 14-19-00669-CV asking us to consolidate that appeal with appeal number 14-19-00410-CV. Appellant also filed a motion to be permitted to use the record from appeal number 14-19-00410-CV in appeal number 14-19-00669 if we deny his motion to consolidate. Both motions have been pending for more than 10 days, and no response has been filed.

The court orders as follows:

1.    The motion to consolidate, filed September 9, 2019, is granted.

2.    The motion regarding the record, filed September 11, 2019, is denied as moot.

3.    Each appeal will remain open.

4.    Any clerk's or reporter's record already filed in one case shall be considered to be filed in the other case.

5.    Any document meant to be filed in both appeals must bear both appeal numbers.

6.    Absent a request otherwise from the parties, any brief filed must apply to both appeals and is subject to the word limits in Texas Rule of Appellate Procedure 9.4(i)(2). For example, appellant shall file a single brief that bears both appeal numbers, addresses both orders on appeal, and does not exceed 15,000 words.


PER CURIAM


Panel consists of Justices Christopher, Spain, and Poissant.